IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ADRIAN JAMES WOOD,

    Petitioner,

vs.                                 CASE NO. 5:10-cv-200/RS-EMT

KENNETH S. TUCKER,

    Respondent.
_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 40). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus (Doc. 6) is **DENIED**.

3. The certificate of appealability is **DENIED** because Plaintiff has not made a substantial showing of a denial of a Constitutional right.

**ORDERED** on June 29, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**